IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JUNIOR DIESSY SIMON,**
**D.O.C. # L98586,**

    *Plaintiff*,

v.                                        Case No.: 4:25cv402-MW/MAF

**UNITED STATES OF AMERICA,**
**et al.,**

    *Defendants*.

_____/

### ORDER ACCEPTING AND ADOPTING
### REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(g)." Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED**. The Clerk shall close the file.

**SO ORDERED on October 17, 2025.**

                                                   *s/Mark E. Walker*
                                                   **United States District Judge**